**Shaha Jalal**

A# 061-102-906

H.C.C.R.C. ID# 306919　　　　　　　　　　　　　　**\*Detained\***

30-35 Hackensack AVE

Kearny, N.J. 07032

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

————————————————————X

UNITED STATES OF AMERICA,　　　　　　　NOTICE OF MOTION TO
　　　　　　　　　　　　　　　　　　　　VACATE JUDGEMENT
　　　　　　Against　　　　　　　　　　　PURSUANT TO:
　　　　　　　　　　　　　　　　　　　　C. P. L. § 440.10(1)(h).

SHAHA  JALAL,

　　　　　　　　　　　　　　　　　　　**Case No:** 4: 14CR00314

DEFENDANT- PETITIONER  PRO SE

————————————————————X

EVIDENCE  IN SUPPORT OF MOTION TO VACATE
JUDGEMENT PURSUANT TO C.P.L § 440.10 (1) (h)

# EXHIBIT "C"

22

## Affidavit

To whom it may concern

My name is Mohammed Saiful Islam, I am an US citizen. i currently reside at 550 west 45th street apt 538, New York, NY 10036. I currently own business downtown Manhattan Lower East Side. Mr Shaha Jalal worked for me from October 2015 till august 2016.

Mr Shaha Jalal was very hard working person. i trusted him a lot. his customer service was excellent. he always helped his co-worker and trained them very politely. my customers always ask about him where did he go, when he is coming back to work. i know my bottom of my heart shah was a very nice person.

as a very creative and hard working person he is. i would like to humbly request to grant him one more chance to stay in USA and work with us and make changes for the community. Thank You. please feel free to contact me if there is any question. thank you very much. 917-436-8286.

Sincerely

Mohammed Saiful Islam

NOV. 01/2017

JOSE ROJAS
Notary Public, State of New York
No. 01RO6113154
Qualified in New York County
Commission Expires January 3, 2017
2021